DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN SMITH,**
Appellant,

v.

**MICHAEL JAMES WINER,** individually and **WINER & ASSOCIATES, P.A.,**
Appellees.

No. 4D17-2255

[May 23, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 0919633 (08).

Stephen Smith, Sunrise, pro se.

Michael Winer of The Law Office of Michael Winer, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***